## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cheri Lindquist                                  Civil File No. 11-cv-2402 (SRN/JSM)

      Plaintiff,

vs.                                                              **STIPULATION OF DISMISSAL**
                                                                                                    **WITH PREJUDICE**

Nelson, Watson & Associates, LLC,
John Doe and Jane Doe,

      Defendants.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

                                        **BARRY, SLADE & WHEATON, LLC**

Dated:  11/29/11           By  s/Peter F. Barry
                                                Peter F. Barry (#0266577)
                                                Attorneys for Plaintiff
                                                2701 SE University Avenue, Suite 209
                                                Minneapolis, MN  55414-3236
                                                612-379-8800
                                                612-379-8810 – fax
                                                pbarry@lawpoint.com

                                        **BASSFORD REMELE,** *A Professional Association*

Dated: 11/14/11             By  s/Michael A. Klutho
                                                Michael A. Klutho (License #186302)
                                                Attorneys for Defendant Nelson, Watson &
                                                 Associates, LLC
                                                33 South Sixth Street, Suite 3800
                                                Minneapolis, Minnesota  55402-3707
                                                Telephone:   (612) 333-3000
                                                Facsimile:    (612) 333-8829
                                                mklutho@bassford.com