AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Cheri Lindquist

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   11-cv-2402 SRN/JSM

Nelson, Watson & Associates, LLC, John Doe
and Jane Doe

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

| December 1, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | s/Katie Thompson |
|  | (By)                    Katie Thompson    Deputy Clerk |